IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Res Ipsa Media, LLC  *
**Plaintiff,**

\*

v.   Case No. 25-2866

DOJ  *

**Defendant.**  *

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☒ I certify, as party/counsel in this case that Res Ipsa Media, LLC
(name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☐ The following corporate affiliations exist with _____:
(name of party)

_____.
(names of affiliates)

☐ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____.
(names of entities with possible financial interests)

☐ In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
(name of LLC party)

| (name of member) | (state of citizenship) |
|---|---|
| (name of member) | (state of citizenship) |
| (name of member) | (state of citizenship) |
| (name of member) | (state of citizenship) |

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

8/29/25

Date

/s/ Paul Rosenzweig

Signature

Paul Rosenzweig, MD Bar #14943

Printed name and bar number

333 8th St., SE, Unit 406, Washington, DC 20003

Address

PaulRosenzweigEsq@gmail.com

Email address

202-329-9650

Telephone number

240-681-2189

Fax number