# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| RES IPSA MEDIA, LLC<br>d/b/a LAW AND CHAOS PODCAST,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF JUSTICE,<br><br>Defendant. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | <br><br><br><br><br>Civil Action No. 1:25-cv-02866 (ABA) |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## PROOF OF SERVICE

Plaintiff attaches Proof of Service for Defendant.

Plaintiff provides the following legend connecting the tracking numbers in the attached document to the respective addressees for the Court's convenience:

42021201950710665991524851067 2 – U.S. Attorney for the District of Maryland

42020530950710665991524851069 6 – U.S. Attorney General and Department of Justice

Date:   September 18, 2025

        Respectfully submitted,

        Respectfully submitted,

        /s/ Paul Rosenzweig
        Paul Rosenzweig, Esq.
        MD Bar #14943
        333 8th Street, SE
        Unit 406
        Washington, DC  20003
        202-329-9650
        PaulRosenzweigEsq@gmail.com

*Counsel for Plaintiff*

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 4202120195071066599152485 10672

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 12:52 pm on September 9, 2025 in BALTIMORE, MD 21201.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

## Delivered

**Delivered, Front Desk/Reception/Mail Room**

BALTIMORE, MD 21201
September 9, 2025, 12:52 pm

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates                                                    ⌄

USPS Tracking Plus®                                                     ⌄

Product Information                                                     ⌄

See Less ⌃

**Tracking Number:**                                                    Remove ✕

Feedback

# 4202053095071066599152485 10696

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at the post office at 4:49 am on September 15, 2025 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Individual Picked Up at Post Office**

WASHINGTON, DC 20530
September 15, 2025, 4:49 am

See All Tracking History

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

See More

Track Another Package

Enter tracking or barcode numbers

Feedback

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**