UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RES IPSA MEDIA, LLC <br> d/b/a LAW AND CHAOS PODCAST, <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF JUSTICE, <br><br> Defendant. | * <br> * <br> * <br> * <br> * <br> * Civil Action No. 1:25-cv-02866 (ABA) <br> * <br> * <br> * <br> * <br> * |

* * * * * * * * * * * * *

## SUBSTITUTION OF COUNSEL

To: The Clerk of Court and all parties of record.

Please enter the appearance of Kelly McClanahan as counsel for Plaintiff in the above-captioned case. Mr. McClanahan is admitted to practice in this Court. He substitutes for Paul Rosenzweig, who previously appeared on behalf of Plaintiff.

Date:   September 29, 2025

Respectfully submitted,

/s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
MD Bar #31832
National Security Counselors
1451 Rockville Pike
Suite 250
Rockville, MD  20852
501-301-4672
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiff*