# Request

### Request Information

| | |
|---|---|
| Request Number | FOIA-2025-06101 |
| Request Type | Request |
| Request Date | 07/28/2025 |
| Perfected Date | |
| Request is in Litigation | |
| Unusual Circumstances | |
| Agency | OIP |
| Document Delivery Method | Email |
| Topic | |

### Litigation Information

| | |
|---|---|
| First Name of Litigator | |
| Last Name of Litigator | |
| Case Name | |
| Federal District Court | |
| Case Number | |
| Date of Final Adjudication by Court | |

### Requester Information

| | |
|---|---|
| Salutation | |
| First Name | Kel |
| Middle Name | |
| Last Name | McClanahan |
| Email Address | foia+resipsa@nationalsecuritylaw.org |
| Organization | National Security Counselors |
| Register Number | |
| Phone Number | 501-301-4672 |
| Fax Number | 240-681-2189 |
| Other Information | |
| Address Type | Work |
| Country | United States |

Ex. A

| | |
|---|---|
| Address Line 1 | 1451 Rockville Pike |
| Address Line 2 | Suite 250 |
| Military Branch | |
| City | Rockville |
| State | Maryland |
| Province | |
| Zip/Postal Code | 20852 |

### Description of Request

| | |
|---|---|
| Description | On 28 July 2025, DOJ Chief of Staff Chad Mizelle filed a formal complaint against U.S. District Court Chief Judge James Boasberg with the Chief Judge of the U.S. Court of Appeals for the D.C. Circuit. According to this complaint, "On March 11, 2025, at one of the [U.S. Judicial] Conference's semiannual meetings, Judge Boasberg disregarded its history, tradition, and purpose to push a wholly unsolicited discussion about 'concerns that the Administration would disregard rulings of federal courts, leading to a constitutional crisis.'" For this statement, the complaint cited "Attachment A at 16." However, no copy of Attachment A has been made publicly available as of this writing. A copy of this complaint can be found at https://www.courthousenews.com/wp-content/uploads/2025/07/FINAL-Misconduct-Complaint-7.28.pdf.<br><br>On behalf of my client Res Ipsa Media, LLC, which operates the Law and Chaos podcast, I request a copy of the document attached as "Attachment A" to this complaint. Res Ipsa Media should be considered the requester for this request. We request that all responsive records be released in electronic format. |
| File Type 1 | |
| File 1 | *No Attachment* |
| File Type 2 | |
| File 2 | *No Attachment* |
| File Type 3 | |
| File 3 | *No Attachment* |

### Expedited Processing Information

| | |
|---|---|
| Expedited Processing Requested? | Yes |
| Expedited Processing Request Date | 07/28/2025 |
| Expedited Processing Determination | |
| Standards for Expedition | - 2. An urgency to inform the public about an actual or alleged Federal Government activity, if made by a person who is primarily engaged in disseminating information.<br>- 4. A matter of widespread and exceptional media interest in which there exist possible questions about the government's integrity that affect public confidence. |

| | |
|---|---|
| Expedited Justification | Res Ipsa Media publishes the Law and Chaos podcast, https://lawandchaospod.com, which averages approximately 10,000 readers and listeners per episode. It is accordingly primarily engaged in disseminating information. |
| | The document in question purports to memorialize evidence of a federal judge's allegedly sanctionable misconduct, which, according to Mr. Mizelle, was extreme enough to warrant a formal complaint to the Chief Judge of the D.C. Circuit. This clearly pertains to actual or alleged Federal Government activity, including both Executive Branch and Judicial Branch entities. Moreover, a complaint of this sort being filed at the direct behest of the U.S. Attorney General against the Chief Judge of a district court, which has already been the subject of several news articles, since being announced mere hours ago, is clearly a matter of widespread and exceptional media interest and raises possible questions about the government's integrity that affect public confidence. The letter itself even states, "Judge Boasberg's actions have harmed the integrity and public confidence in the integrity of the judiciary." The complaint language itself demonstrates the need for expedited processing of the document which allegedly demonstrates how Chief Judge Boasberg harmed the integrity and public confidence in the integrity of the judiciary. |
| Fee Information | |
| Will Pay Up To | 0 |
| Fee Category | Representative of the news media |
| Fee Waiver Requested? | No |
| Fee Waiver Granted? | |
| Fee Waiver Justification | |
| Records Management | |
| Disposition Date | |
| Marked for Disposition | |
| Disposition Confirmed | |
| Disposition Confirmed By | |