# Appeal

| | |
|---|---|
| **Appeal Information** | |
| Appeal Number | A-2025-02348 |
| Received Date | 08/04/2025 |
| Due Date | 09/02/2025 |
| Receipt Method | Electronic |
| Postmark Date | |
| Appeal Is In Litigation | No |
| Unusual Circumstances | |
| Track | |
| Agency | OIP |
| Document Delivery Method | Email |
| Topic | |
| **Litigation Information** | |
| Litigation Number | |
| First Name of Litigator | |
| Last Name of Litigator | |
| Case Name | |
| Federal District Court | |
| Date of Final Adjudication by Court | |
| **Request Information** | |
| Request Number | FOIA-2025-06101 |
| Request ID | |
| Component | OIP |
| Subject of Request | Attachment A to the complaint filed by Chad Mizelle about Chief Judge James Boasberg |
| Basis for Appeal | |
| Description of Appeal | This is a request for one document maintained by one office. If it is not in the expedited track, it definitely needs to be in the simple track. We appeal its placement in the complex track.

Additionally, it is in the custody of the Office of the Attorney General, for which OIP processes all FOIA requests. It is located in DOJ headquarters. It will require no searching of or consultation with another office geographically distinct from OIP. There is no justification for an invocation of unusual circumstances, and we appeal that invocation.

Lastly, while we are not required to appeal the denial of expedited processing, as an act of discretion we choose to give OIP the opportunity to reverse this determination before being forced to defend its choice in court. The filing of this appeal does not waive our ability to file a lawsuit at our earliest convenience regarding |

Ex. C

| | |
|---|---|
| | OIP's indefensible denial of our request for expedited processing.<br><br>I certify under penalty of perjury that all of the statements made in support of the expedited processing of both this request and this appeal are true and accurate. |
| Based on Denial of Fee Waiver | No |
| Based on Denial of Expedited Processing | Yes |
| Requester Item Type 1 | |
| Requester Items 1 | *No Attachment* |
| Requester Item Type 2 | |
| Requester Items 2 | *No Attachment* |
| Requester Item Type 3 | |
| Requester Items 3 | *No Attachment* |

**Requester Contact Information**

| | |
|---|---|
| Salutation | |
| First Name | Kel |
| Middle Name | |
| Last Name | McClanahan |
| Email Address | foia+resipsa@nationalsecuritylaw.org |
| Organization | National Security Counselors |
| Register Number | |
| Phone Number | 5013014672 |
| Fax Number | 2406812189 |
| Other Information | |
| Address Type | Work |
| Country | United States |
| Address Line 1 | 1451 Rockville Pike |
| Address Line 2 | Suite 250 |
| Military Branch | |
| City | Rockville |
| Province | |
| State | Maryland |
| Zip/Postal Code | 20852 |

**Expedited Processing Information**

| | |
|---|---|
| Expedited Processing Requested? | Yes |

| | |
|---|---|
| Expedited Processing Request Date | |
| Expedited Processing Determination | |
| Standards for Expedition | - 2. An urgency to inform the public about an actual or alleged Federal Government activity, if made by a person who is primarily engaged in disseminating information.<br>- 4. A matter of widespread and exceptional media interest in which there exist possible questions about the government's integrity that affect public confidence. |
| Expedited Justification | As stated in the request, Res Ipsa Media publishes the Law and Chaos podcast, https://lawandchaospod.com, which averages approximately 10,000 readers and listeners per episode. It is accordingly primarily engaged in disseminating information.<br><br>The document in question purports to memorialize evidence of a federal judge's allegedly sanctionable misconduct, which, according to Mr. Mizelle, was extreme enough to warrant a formal complaint to the Chief Judge of the D.C. Circuit. This clearly pertains to actual or alleged Federal Government activity, including both Executive Branch and Judicial Branch entities. Moreover, a complaint of this sort being filed at the direct behest of the U.S. Attorney General against the Chief Judge of a district court, which has already been the subject of several news articles, is clearly a matter of widespread and exceptional media interest and raises possible questions about the government's integrity that affect public confidence. The letter itself even states, "Judge Boasberg's actions have harmed the integrity and public confidence in the integrity of the judiciary." The complaint language itself demonstrates the need for expedited processing of the document which allegedly demonstrates how Chief Judge Boasberg harmed the integrity and public confidence in the integrity of the judiciary. |
| Workflow State | In Progress |
| Records Management | |
| Workflow Status | Processing |
| Disposition Date | |
| Marked for Disposition | |
| Disposition Confirmed | |
| Disposition Confirmed By | |