**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| RES IPSA MEDIA, LLC<br>d/b/a LAW AND CHAOS PODCAST, | * <br> * <br> * | |
| Plaintiff, | * <br> * | |
| v. | * <br> * | Civil Action No. 1:25-cv-02866 (ABA) |
| DEPARTMENT OF JUSTICE, | * <br> * | |
| Defendant. | * <br> * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

UPON CONSIDERATION OF Plaintiff's Motion for Partial Summary Judgment, any Opposition thereto, and the entire record herein, it is this _____ day of _____, 2025,

**ORDERED** that Plaintiff's Motion is **GRANTED**.

_____
Adam B. Abelson
United States District Judge