UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| RES IPSA MEDIA, LLC<br>d/b/a LAW AND CHAOS PODCAST, | * * * | |
| Plaintiff, | * * | |
| v. | * * | Civil Action No. 1:25-cv-02866 (ABA) |
| DEPARTMENT OF JUSTICE, | * * | |
| Defendant. | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Now comes Paul Rosenzweig to respectfully request leave to withdraw as counsel for Plaintiff in the above-captioned case pursuant to Local Rule 101. Plaintiff will now be represented solely by Kelly McClanahan, now that he is admitted to practice in this Court.

Date:   September 29, 2025

Respectfully submitted,

/s/ Paul Rosenzweig
Paul Rosenzweig, Esq.
MD Bar #14943
333 8th Street, SE
Unit 406
Washington, DC  20003
202-329-9650
PaulRosenzweigEsq@gmail.com

*Counsel for Plaintiff*