**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| RES IPSA MEDIA, LLC<br>d/b/a LAW AND CHAOS PODCAST,<br><br>    Plaintiff,<br><br>v.<br><br>DEPARTMENT OF JUSTICE,<br><br>    Defendant. | *<br>*<br>*<br>*<br>*<br>*   Civil Action No. 1:25-cv-02866 (ABA)<br>*<br>*<br>*<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

UPON CONSIDERATION OF Plaintiff's Motion for Leave to Withdraw as Counsel, any Opposition thereto, and the entire record herein, it is this __3rd__ day of __October__, 2025,

**ORDERED** that Plaintiff's Motion is **GRANTED**; and

**FURTHER ORDERED** that the Clerk shall remove Paul Rosenzweig as counsel of record for Plaintiff.

_____/s/_____
Adam B. Abelson
United States District Judge