IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **RES IPSA MEDIA, LLC** | * | |
| *Plaintiff*, | * | |
| v. | * | Civil No. 1:25-cv-02866-ABA |
| **DEPARTMENT OF JUSTICE,** | * | |
| *Defendant*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**CONSENT MOTION TO STAY DUE TO
LAPSE OF APPROPRIATIONS**

Defendant, by and through undersigned counsel, pursuant to this Court's October 2, 2025 Order in *In re: Lapse of Appropriations on October 1, 2025*, Misc. No.: 25-601 (ECF No. 3) and Local Rule 105.9, and with Plaintiff's consent, through its attorney, moves to stay this matter for the number of days of the lapse of appropriations plus the number of days equal to the length of the lapse of appropriations, and states for good cause:

1. This matter arises out of Plaintiff's September 3, 2025 filing of a Complaint under the Freedom of Information Act and subsequent Motion for Partial Summary Judgment (ECF Nos. 1, 6). Defendant's deadline to respond to Plaintiffs' Complaint is October 9, 2025.

2. In the meantime, the appropriations act that had been funding the Department of Justice expired on September 30, 2025 and appropriations to the Department lapsed as of October 1, 2025. The same is true for several other Executive-branch agencies, including those with information that may be necessary to litigate this claim. The Department does not know when funding will be restored by Congress.

3. Absent an appropriation, Department of Justice attorneys and employees of the aforementioned federal agencies are prohibited from working, even on a voluntary basis, except in very

limited circumstances, such as "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

4. Defendant, through counsel, therefore requests a stay of this matter until Congress restores appropriations to the Department, plus the number of days equal to the length of the lapse.

5. Plaintiff, through counsel, graciously consents to the relief requested herein.

6. If this motion is granted, Defendant, through counsel, will notify the Court and Plaintiff, through its attorney, as soon as Congress has appropriated funds for the Department. Defendant requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations or as set forth in a Joint Status Report.

7. Accordingly, although Defendant greatly regrets any disruption caused to the Court and the other litigants, Defendant, with Plaintiff's consent, hereby moves for a stay of in this case until it and its attorneys are permitted to resume their usual functions, plus the number of days equal to the length of the lapse of appropriations.

WHEREFORE, Defendant respectfully requests that this Consent Motion to Stay be GRANTED.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

*/s/ Melissa E. Goldmeier*
Melissa E. Goldmeier (No. 18769)
Assistant United States Attorney
United States Attorney's Office
District of Maryland
36 South Charles Street, Fourth Floor
Baltimore, Maryland, 21201
(410) 209-4855
Melissa.Goldmeier@usdoj.gov