IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **RES IPSA MEDIA, LLC** | * | |
| *Plaintiff*, | * | |
| v. | * | Civil No. 1:25-cv-02866-ABA |
| **DEPARTMENT OF JUSTICE,** | * | |
| *Defendant*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Upon consideration of Defendant's Consent Motion to Stay Due to Lapse of Appropriations, it is this _____ day of _____ 2025

**ORDERED** that the same be, and hereby is, **GRANTED**; and it is further

**ORDERED** that this matter be, and the same hereby is, **STAYED** pending the lapse of appropriations, plus the number of days of the lapse; and it is further

**ORDERED** that Defendant, through counsel, shall notify the Court and Plaintiff as soon as Congress has appropriated funds for the Department of Justice.

_____
ADAM B. ABELSON
United States District Judge