UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RES IPSA MEDIA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF JUSTICE,<br><br>　　　　Defendant. | Civil Action No. 1:25-cv-02866-ABA |

### DEFENDANT'S STATUS REPORT[1]

Defendant, by and through undersigned counsel, and pursuant to this Court's October 10, 2025 Order (ECF No. 11), files this Status Report, and states:

1.　Plaintiff initiated this action on August 29, 2025 by filing a Complaint under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, which seeks relief related to its July 28, 2025 request for "a copy of the document attached as 'Attachment A' to [the Department's Boasberg Complaint]." ECF No. 1, ¶ 23. On September 30, 2025, Plaintiff moved for partial summary judgment regarding its request for expedited processing (ECF No. 6), and on October 10, 2025, the Court stayed this matter pending the Government's lapse of appropriations. ECF No. 11.

2.　The Department has located the document identified by Plaintiff as "Attachment A," but needs additional time for consultation and review. The Department respectfully requests

---

[1] On November 21, 2025, Plaintiff's counsel advised defense counsel that he was going to be "out of the country without my computer all next week . . . which means we have to resolve whether we're completing briefing on the PSJ motion or if DOJ is going to agree to expedited processing." After hearing from Defendant, defense counsel e-mailed a draft status report (that is substantively the same as the above but contains formatting and typographical differences) to Plaintiff's counsel on November 24, 2025 for review and comment. Plaintiff's counsel responded with an out-of-office "bounce back" e-mail, which states "I will be out of the country and not checking my email until Dec. 1. I will respond to your messages when I return." As such, this status report is being filed on behalf of Defendant.

29 days from the date of this filing to respond to Plaintiff's Partial Motion for Summary Judgment, and additionally requests that it be excused from any obligation to respond if it issues a final response to Plaintiff on or before the 29th day, since the issues presented in Plaintiff's Motion will be moot.

3. The Department proposes the following Amended Scheduling Order

| Event | Deadline |
|---|---|
| Response to Plaintiff's Partial Motion for Summary Judgment | December 26, 2025 |

4. The Department anticipates that Plaintiff, through counsel, will inform the Court of its view upon counsel's return to the office.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

*/s/ Melissa E. Goldmeier*
Melissa E. Goldmeier (No. 18769)
Assistant United States Attorney
United States Attorney's Office
District of Maryland
36 South Charles Street, Fourth Floor
Baltimore, Maryland, 21201
(410) 209-4855
Melissa.Goldmeier@usdoj.gov