UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RES IPSA MEDIA,<br><br>       Plaintiff,<br><br>v.<br><br>DEPARTMENT OF JUSTICE,<br><br>       Defendant. | Civil Action No. 1:25-cv-02866-ABA |

**DEFENDANT'S RESPONSE TO**
**PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Defendant, by and through undersigned counsel, and pursuant to this Court's December 8, 2025 Order (ECF No. 14), files this Response to Plaintiff's Motion for Partial Summary Judgment (ECF No. 6), and states:

1. In this FOIA case, Plaintiff's Partial Motion for Summary Judgment asks the Court to enter judgment in its favor on Count I, which seeks expedited processing of its FOIA request. ECF No. 6, ¶¶ 22-33; *see also id.*, Prayer for Relief, ¶ 1; ECF No. 6.

2. Defendant responded to Plaintiff's FOIA request on December 23, 2025 by denying the same on the grounds that the requested record is not an "agency record" subject to FOIA. *See* Exhibit A, attached hereto.

3. As such, Defendant has now provided the relief requested in Plaintiff's Partial Motion for Summary Judgment, and the Motion should be denied as moot. *See, e.g., Taitz v. Colvin*, 2013 WL 6623196, at *2 (D. Md. Dec. 13, 2013) (FOIA request "rendered moot" by Agency's response).

WHEREFORE, Defendant respectfully requests that the Court DENY Plaintiff's Partial Motion for Summary Judgment.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

*/s/ Melissa E. Goldmeier*_____
Melissa E. Goldmeier (No. 18769)
Assistant United States Attorney
United States Attorney's Office
District of Maryland
36 South Charles Street, Fourth Floor
Baltimore, Maryland, 21201
(410) 209-4855
Melissa.Goldmeier@usdoj.gov
