

**U.S. Department of Justice**

Office of Information Policy
*Sixth Floor*
*441 G Street, NW*
*Washington, DC 20530-0001*

*Telephone: (202) 514-3642*

December 23, 2025

Kel McClanahan  Re:  FOIA-2025-06101
National Security Counselors    25-cv-2866 (D. Md.)
foia+resipsa@nationalsecuritylaw.org  VRB:JMS

Dear Kel McClanahan:

    This is a final response to your Freedom of Information Act (FOIA) request made on behalf of your client, Res Ipsa Media, LLC, dated and received in this Office on July 28, 2025, seeking a copy of a document included as "Attachment A" to a complaint filed by the Department of Justice against U.S. District Court Chief Judge James Boasberg on July 28, 2025.

    Please be advised that a search has been conducted which has located the requested document, totaling sixteen pages. The Department has determined that this document is a record of the judiciary and therefore is not an "agency record" subject to the FOIA.

    For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. *See* 5 U.S.C. § 552(c) (2018). This response is limited to those records that are subject to the requirements of the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

    If you have any questions regarding this response, please contact Melissa Goldmeier at the United States Attorney's Office for the District of Maryland at (410) 209-4855.

Sincerely,

Vanessa R. Brinkmann
Senior Counsel