UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RES IPSA MEDIA,<br><br>   Plaintiff,<br><br> v.<br><br>DEPARTMENT OF JUSTICE,<br><br>   Defendant. | Civil Action No. 1:25-cv-02866-ABA |

**ORDER**

  Upon consideration of Defendant's Opposition to Plaintiff's Partial Motion for Summary Judgment, it is this _____ day of _____

  **ORDERED** that Plaintiff's Partial Motion for Summary Judgment be, and the same hereby is, **DENIED** as **MOOT**.

                    _____
                    Adam B. Abelson
                    United States District Judge