UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RES IPSA MEDIA,

    Plaintiff,

v.

DEPARTMENT OF JUSTICE,

    Defendant.

Civil Action No. 1:25-cv-02866-ABA

## JOINT STATUS REPORT

The Parties, by and through their respective undersigned counsel, hereby submit this Joint Status Report regarding anticipated filing deadlines, and state:

1. This matter arises out of Plaintiff's September 3, 2025 filing of a Complaint under the Freedom of Information Act ("FOIA") and subsequent Motion for Partial Summary Judgment (ECF Nos. 1, 6). By letter dated December 23, 2025, Defendant advised Plaintiff that the record had been located, but that because it is a record of the judiciary it is not an "agency record" subject to FOIA.

2. Given this, the Parties anticipate filing cross-motions for summary judgment and propose the following briefing schedule:

| Event | Deadline |
| --- | --- |
| Defendant's Motion for Summary Judgment | January 16, 2026 |
| Plaintiff's Cross-Motion/Opposition | January 23, 2026 |
| Defendant's Opposition/Reply | January 30, 2026 |

WHEREFORE, the Parties jointly request that the Court ACCEPT this Status Report and enter the foregoing briefing schedule.

Respectfully submitted,

|  |  |
|---|---|
| */s/*_____ <br> Kel McClanahan, Esq. <br> Executive Director <br> National Security Counselors <br> Kel@NationalSecurityLaw.org <br> 501-301-4672 | Kelly O. Hayes <br> United States Attorney <br><br> */s/ Melissa E. Goldmeier*_____ <br> Melissa E. Goldmeier (No. 18769) <br> Assistant United States Attorney <br> United States Attorney's Office <br> District of Maryland <br> 36 South Charles Street, Fourth Floor <br> Baltimore, Maryland, 21201 <br> (410) 209-4855 <br> Melissa.Goldmeier@usdoj.gov |