UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RES IPSA MEDIA,<br><br>        Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF JUSTICE,<br><br>        Defendant. | Civil Action No. 1:25-cv-02866-ABA |

**CONSENT MOTION TO MODIFY
BRIEFING SCHEDULE BY FOURTEEN DAYS**

Defendant, by and through undersigned counsel, and with Plaintiff's consent, through its attorney, moves to modify the Parties' briefing schedule as set forth in ECF No. 17 by fourteen days and states:

    1.    This matter arises out of Plaintiff's September 3, 2025 filing of a Complaint under the Freedom of Information Act ("FOIA") and subsequent Motion for Partial Summary Judgment (ECF Nos. 1, 6). By letter dated December 23, 2025, Defendant advised Plaintiff that the record had been located but that it was not an "agency record" subject to FOIA. The Parties anticipate filing cross-motions for summary judgment and proposed a briefing schedule in line with defense counsel's understanding of her and her client's availability, which the Court entered. ECF Nos. 16-17.

    2.    Defense counsel recently learned that her primary contacts at the Defendant Agency will be out of the office at the beginning of January. Defendant therefore seeks an additional fourteen days to file Defendant's Motion for Summary Judgment to accommodate this and counsel's need to confer with her client.

3.     Plaintiff, through counsel, graciously consents to the relief requested herein.

4.     As such, Defendant, with Plaintiff's consent, proposes the following modified briefing schedule, which extends all briefing deadlines by fourteen days:

| Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Defendant's Motion for Summary Judgment | January 16, 2026 | January 30, 2026 |
| Plaintiff's Cross-Motion/Opposition | January 27, 2026 | February 10, 2026 |
| Defendant's Opposition/Reply | February 3, 2026 | February 17, 2026 |
| Plaintiff's Cross-Reply | February 10, 2026 | February 24, 2026 |

5.     This request is not made for purposes of delay, and no party will be prejudiced by the relief requested herein, particularly because Plaintiff consents to the same.

6.     Accordingly, this Motion should be GRANTED.

WHEREFORE, Defendant respectfully requests that the Court GRANT the instant Consent Motion and modify the Parties' briefing schedule accordingly.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

*/s/ Melissa E. Goldmeier*
Melissa E. Goldmeier (No. 18769)
Assistant United States Attorney
United States Attorney's Office
District of Maryland
36 South Charles Street, Fourth Floor
Baltimore, Maryland, 21201
(410) 209-4855
Melissa.Goldmeier@usdoj.gov