UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RES IPSA MEDIA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF JUSTICE,<br><br>　　　　Defendant. | Civil Action No. 1:25-cv-02866-ABA |

**ORDER**

Upon consideration of Defendant's Consent Motion to Modify Briefing Schedule by Fourteen Days, it is this _____ day of _____

**ORDERED** that the same be, and hereby is, **GRANTED**; and it is further

**ORDERED** that the Parties shall adhere to the following briefing schedule:

| **Event** | **Deadline** |
|---|---|
| Defendant's Motion for Summary Judgment | January 30, 2026 |
| Plaintiff's Cross-Motion/Opposition | February 10, 2026 |
| Defendant's Opposition/Reply | February 17, 2026 |
| Plaintiff's Cross-Reply | February 24, 2026 |

_____
Adam B. Abelson
United States District Judge