UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RES IPSA MEDIA,<br><br>      Plaintiff,<br><br>   v.<br><br>DEPARTMENT OF JUSTICE,<br><br>      Defendant. | Civil Action No. 1:25-cv-02866-ABA |

**MOTION TO DISMISS OR FOR SUMMARY JUDGMENT**

Defendant, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 12(b)(1) and 56, move to dismiss Plaintiff's Complaint; or, alternatively, for summary judgment, for the reasons set forth in the accompany Memorandum of Law, which is incorporated as if fully set forth herein.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

       /s/
Melissa E. Goldmeier (Bar No. 18769)
Assistant U.S. Attorney
U.S. Attorney's Office, District of Maryland
36 S. Charles Street, 4th Fl.
Baltimore, MD 21201
melissa.goldmeier@usdoj.gov
(410) 209-4855