UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RES IPSA MEDIA,<br><br>   Plaintiff,<br><br> v.<br><br>DEPARTMENT OF JUSTICE,<br><br>   Defendant. | Civil Action No. 1:25-cv-02866-ABA |

**ORDER**

Upon consideration of Defendant's Motion to Dismiss or for Summary Judgment, it is this _____ day of _____ 2026

**ORDERED** that the same be, and hereby is, **GRANTED**; and it is further

**ORDERED** that Plaintiff's Complaint is dismissed pursuant to Fed. R. Civ. Pro. 12(b)(1); or, alternatively, it is

**ORDERED** that Summary Judgment be, and the same hereby is, entered in favor of Defendant and against Plaintiff.

_____
ADAM B. ABELSON
United States District Judge