UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RES IPSA MEDIA, LLC<br>d/b/a LAW AND CHAOS PODCAST,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>DEPARTMENT OF JUSTICE,<br><br>　　　　Defendant. | *<br>*<br>*<br>*<br>*<br>*<br>*   Civil Action No. 1:25-cv-02866 (ABA)<br>*<br>*<br>*<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

UPON CONSIDERATION OF Plaintiff's Consent Motion to Stay Briefing, and the entire record herein, it is this _____ day of _____, 2026,

**ORDERED** that Plaintiff's Motion is **GRANTED**; and

**FURTHER ORDERED** that all briefing of Defendant's Motion to Dismiss or for Summary Judgment is hereby **STAYED** pending resolution of Plaintiff's forthcoming Motion to Compel.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Adam B. Abelson
　　　　　　　　　　　　　　　　　　United States District Judge