UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| RES IPSA MEDIA, LLC<br>d/b/a LAW AND CHAOS PODCAST, | * * * | |
| Plaintiff, | * * | |
| v. | * * | Civil Action No. 1:25-cv-02866-ABA |
| DEPARTMENT OF JUSTICE, | * * | |
| Defendant. | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

UPON CONSIDERATION OF Plaintiff's Consent Motion to Stay Briefing (ECF No. 22), and the entire record herein, it is this 6th day of February, 2026,

**ORDERED** that Plaintiff's Motion (ECF No. 22) is **GRANTED**; and

**FURTHER ORDERED** that all briefing of Defendant's Motion to Dismiss or for Summary Judgment (ECF No. 21) is hereby **STAYED** pending resolution of Plaintiff's forthcoming Motion to Compel.

/s/
_____
Adam B. Abelson
United States District Judge