UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RES IPSA MEDIA, LLC<br>d/b/a LAW AND CHAOS PODCAST,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF JUSTICE,<br><br>Defendant. | Civil Action No. 1:25-cv-02866 (ABA) |

**DECLARATION OF KELLY MCCLANAHAN, ESQ.**

I, KELLY MCCLANAHAN, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a person over eighteen (18) years of age and competent to testify. I make this Declaration on personal knowledge and in support of Plaintiff's Motion to Compel Defendant to File Answer (filed Feb. 6, 2026).

2. I am the counsel of record for Plaintiff Res Ipsa Media, LLC in this case.

3. On 3 October 2025, Defendant's counsel Melissa Goldmeier ("Goldmeier") emailed, stating, "I write to seek your consent to stay this matter pending the duration of the shut down, with any deadlines extended by the total number of days of the shut down."

4. I replied stating that Law and Chaos consented to the stay.

5. At the time and at all times since, I understood that Goldmeier was seeking an extension of the deadline for filing an Answer as well as the deadline for filing an opposition to the motion for partial summary judgment that I filed on 30 September 2025.

Ex. A

6. On 13 November 2025, Goldmeier emailed me, stating, "I see that our responsive pleading was due on 10/9, you filed an MSJ in early Oct. Would you consent to a 60 day extension of time for us to respond to the Complaint/MSJ?"

7. I replied stating that Law and Chaos would oppose such a long extension.

8. At the time and at all times since, I understood that Goldmeier indicated that she would file both an Answer and an opposition to the motion for partial summary judgment when she requested an extension "to respond to the Complaint/MSJ."

9. On 27 December 2025, Goldmeier emailed me, stating, "Given the shut down, your motion, and the unanswered complaint, I still think a status report would be useful so the Court knows the parties['] plans, or a motion to stay pending the ruling on the MSJ."

10. I responded, "It was my understanding that your answer and oppo were due yesterday. Are you intending to ask for an extension of that deadline?"

11. Goldmeier responded, "[I]t was a govt holiday yesterday so everything is pushed to Monday. I didn't have our answer due, just the opposition to the MSJ."

12. I responded, "Both the Answer and the Oppo were due yesterday."

13. Goldmeier responded, "I don't have our answer as being due, only the opp to the MSJ."

14. On 16 January 2025, I accurately described these interactions in Law and Chaos's reply memorandum in support of its motion for partial summary judgment as "Plaintiff's undersigned counsel has reminded OIP's counsel multiple times of the need to file an Answer."

15. On 1 February 2026, I emailed Goldmeier, stating, "I'm going to need to ask the judge to stay the briefing on your motion until I can file a motion to compel DOJ to file an

Answer, since DOJ is making implications in this motion that would be affected by an Answer on the record directly responding with particularity to the allegations in the complaint."

16. On 2 February 2026, Goldmeier responded, "We filed an MTD/MSJ, so there is no legal obligation to file an Answer until after the court rules on the MTD."

17. I responded, "DOJ still has to file an Answer to the original complaint."

18. I have retained copies of all of the above-quoted emails and will be happy to provide them to the Court upon request.

I do solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the foregoing paper are true to the best of my knowledge.

Date:   February 9, 2026

_____
Kelly McClanahan, Esq.