UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| RES IPSA MEDIA, LLC<br>d/b/a LAW AND CHAOS PODCAST,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF JUSTICE,<br><br>Defendant. | * * * * * * * * * * * * | Civil Action No. 1:25-cv-02866 (ABA) |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

UPON CONSIDERATION OF Plaintiff's Motion to Compel Defendant to File Answer, any Opposition thereto, and the entire record herein, it is this _____ day of _____, 2026,

**ORDERED** that Plaintiff's Motion is **GRANTED**; and

**FURTHER ORDERED** that Defendant shall file an Answer no later than 14 days from the date of this Order.

_____
Adam B. Abelson
United States District Judge