Exhibit A

| | |
|---|---|
| **From:** | Goldmeier, Melissa (USAMD) |
| **To:** | kelnationalsecurityl (Vendor) |
| **Subject:** | Re: [EXTERNAL] RE: Res Ipsa Media, LLC v. DOJ; Civil No. 25-cv-2866-ABA |
| **Date:** | Thursday, November 13, 2025 6:57:44 PM |

you are right - ill take a look at the MSJ and confer with my clients and get back to you. Thanks -

---

**From:** Kel McClanahan, Esq. <kel@nationalsecuritylaw.org>
**Sent:** Thursday, November 13, 2025 6:47:45 PM
**To:** Goldmeier, Melissa (USAMD) <Melissa.Goldmeier@usdoj.gov>
**Subject:** RE: [EXTERNAL] RE: Res Ipsa Media, LLC v. DOJ; Civil No. 25-cv-2866-ABA

I'm guessing you haven't read the MSJ. It's to compel DOJ to do expedited processing. If DOJ agrees to do EP, then you can have 60 days to respond, but if it continues to hold the line, then briefing needs to be done ASAP.

---

***Please note our new contact information below.***

This electronic mail (email) transmission is meant solely for the person(s) to whom it is addressed. It contains confidential information that may also be legally privileged. Any copying, dissemination or distribution of the contents of this email by anyone other than the addressee or his or her agent for such purposes is strictly prohibited. If you have received this email in error, please notify me immediately by telephone or email and purge the original and all copies thereof. Thank you.

Kel McClanahan, Esq.
Executive Director
National Security Counselors
Kel@NationalSecurityLaw.org
501-301-4NSC (4672)
Signal: NationalSecurityCounselors.16

"As a general rule, the most successful man in life is the man who has the best information."
Benjamin Disraeli, 1880

"Quis custodiet ipsos custodes?" ("Who will watch the watchers?")
Juvenal, Satire VI

---

**From:** Goldmeier, Melissa (USAMD) <Melissa.Goldmeier@usdoj.gov>
**Sent:** Thursday, November 13, 2025 4:23 PM
**To:** kelnationalsecurityl (Vendor) <kel@nationalsecuritylaw.org>
**Subject:** RE: [EXTERNAL] RE: Res Ipsa Media, LLC v. DOJ; Civil No. 25-cv-2866-ABA

Hi, Kel – as you know, appropriations have been restored and I am now digging out.  I see that our responsive pleading was due on 10/9, you filed an MSJ in early Oct.  Would you consent to a 60 day extension of time for us to respond to the Complaint/MSJ?  That would put our deadline at 1/13.  Let me know, and I'll file the appropriate paperwork.

Thanks,

Melissa
410.209.4855

_____

**From:**       Goldmeier, Melissa (USAMD)
**To:**         kelnationalsecurityl (Vendor)
**Subject:**    Re: [EXTERNAL] RE: FOIA-2025-06101; 25-cv-2866 (D. Md.)
**Date:**       Sunday, December 28, 2025 11:08:10 AM

Yes that works, let me get back to you tomorrow with a proposed filing deadline

**From:** Kel McClanahan, Esq. <kel@nationalsecuritylaw.org>
**Sent:** Sunday, December 28, 2025 10:10:21 AM
**To:** Goldmeier, Melissa (USAMD) <Melissa.Goldmeier@usdoj.gov>
**Subject:** RE: [EXTERNAL] RE: FOIA-2025-06101; 25-cv-2866 (D. Md.)

So it was, my bad.

The normal process is for the Government to file a motion for summary judgment because it's your burden to show that the agency properly processed the FOIA request. Then I file a cross-motion with my oppo.

Given the urgent need for these records, that should happen soon, especially since your motion won't require extensive declarations. I suggest we propose an expedited schedule where you file in early January and I file a week or so after (depending on when exactly your date is set) so we're done by early February.

---
*Please note our new contact information below.*

This electronic mail (email) transmission is meant solely for the person(s) to whom it is addressed. It contains confidential information that may also be legally privileged. Any copying, dissemination or distribution of the contents of this email by anyone other than the addressee or his or her agent for such purposes is strictly prohibited. If you have received this email in error, please notify me immediately by telephone or email and purge the original and all copies thereof. Thank you.

Kel McClanahan, Esq.
Executive Director
National Security Counselors
Kel@NationalSecurityLaw.org
501-301-4NSC (4672)
Signal: NationalSecurityCounselors.16

"As a general rule, the most successful man in life is the man who has the best information."
Benjamin Disraeli, 1880

"Quis custodiet ipsos custodes?" ("Who will watch the watchers?")

Juvenal, Satire VI

---

**From:** Goldmeier, Melissa (USAMD) <Melissa.Goldmeier@usdoj.gov>
**Sent:** Saturday, December 27, 2025 6:59 PM
**To:** kelnationalsecurityl (Vendor) <kel@nationalsecuritylaw.org>
**Subject:** Re: [EXTERNAL] RE: FOIA-2025-06101; 25-cv-2866 (D. Md.)

it is a "legal holiday " under rule 6, so the deadline moves to the end of the next day that isn't a legal holiday. I don't have our answer as being due , only the opp to the MSJ. Are you intending to file another MSJ? If so we should propose a briefing schedule because I anticipate a cross - MSJ. Happy to discuss on Monday.

---

**From:** Kel McClanahan, Esq. <kel@nationalsecuritylaw.org>
**Sent:** Saturday, December 27, 2025 6:16:11 PM
**To:** Goldmeier, Melissa (USAMD) <Melissa.Goldmeier@usdoj.gov>
**Subject:** RE: [EXTERNAL] RE: FOIA-2025-06101; 25-cv-2866 (D. Md.)

Friday was not a court holiday, just an Executive Branch holiday. But I won't oppose an extension motion to get you to Monday if you want to file it.

Both the Answer and the Oppo were due yesterday.

---
***Please note our new contact information below.***

This electronic mail (email) transmission is meant solely for the person(s) to whom it is addressed. It contains confidential information that may also be legally privileged. Any copying, dissemination or distribution of the contents of this email by anyone other than the addressee or his or her agent for such purposes is strictly prohibited. If you have received this email in error, please notify me immediately by telephone or email and purge the original and all copies thereof. Thank you.

Kel McClanahan, Esq.
Executive Director
National Security Counselors
Kel@NationalSecurityLaw.org
501-301-4NSC (4672)
Signal: NationalSecurityCounselors.16

"As a general rule, the most successful man in life is the man who has the best information."
Benjamin Disraeli, 1880

"Quis custodiet ipsos custodes?" ("Who will watch the watchers?")

Juvenal, Satire VI

---

**From:** Goldmeier, Melissa (USAMD) <Melissa.Goldmeier@usdoj.gov>
**Sent:** Saturday, December 27, 2025 2:45 PM
**To:** kelnationalsecurityl (Vendor) <kel@nationalsecuritylaw.org>
**Subject:** Re: [EXTERNAL] RE: FOIA-2025-06101; 25-cv-2866 (D. Md.)

it was a govt holiday yesterday so everything is pushed to Monday. I didn't have our answer due , just the opposition to the MSJ

---

**From:** Kel McClanahan, Esq. <kel@nationalsecuritylaw.org>
**Sent:** Saturday, December 27, 2025 11:50:12 AM
**To:** Goldmeier, Melissa (USAMD) <Melissa.Goldmeier@usdoj.gov>
**Subject:** Re: [EXTERNAL] RE: FOIA-2025-06101; 25-cv-2866 (D. Md.)

I think that we're going to need to set a briefing schedule for the emotions for summary judgment, yes.

I am a little confused about this conversation though. It was my understanding that your answer and oppo were due yesterday. Are you intending to ask for an extension of that deadline?

---

***Please note our new contact information.***

This electronic mail (email) transmission is meant solely for the person(s) to whom it is addressed. It contains confidential information that may also be legally privileged. Any copying, dissemination or distribution of the contents of this email by anyone other than the addressee or his or her agent for such purposes is strictly prohibited. If you have received this email in error, please notify me immediately by telephone or email and purge the original and all copies thereof. Thank you.

Kel McClanahan, Esq.
Executive Director
National Security Counselors
Kel@NationalSecurityLaw.org
501-301-4NSC (4672)
Signal: NationalSecurityCounselors.16

"As a general rule, the most successful man in life is the man who has the best information."
Benjamin Disraeli, 1880

"Quis custodiet ipsos custodes?" ("Who will watch the watchers?")
Juvenal, Satire VI

-----Original Message-----
From: "Goldmeier, Melissa (USAMD)" <Melissa.Goldmeier@usdoj.gov>
To: "kelnationalsecurityl (Vendor)" <kel@nationalsecuritylaw.org>
Sent: Sat, 27 Dec 2025 8:10 AM
Subject: Re: [EXTERNAL] RE: FOIA-2025-06101; 25-cv-2866 (D. Md.)

I understand your position. Given the shut down , your motion, and the unanswered complaint,
I still think a status report would be useful so the Court knows the parties plans, or a motion to
stay pending the ruling on the MSJ.

---

**From:** Kel McClanahan, Esq. <kel@nationalsecuritylaw.org>
**Sent:** Friday, December 26, 2025 6:21:22 PM
**To:** Goldmeier, Melissa (USAMD) <Melissa.Goldmeier@usdoj.gov>
**Subject:** [EXTERNAL] RE: FOIA-2025-06101; 25-cv-2866 (D. Md.)

I will not be amending the complaint because DOJ still has to prove that it properly applied FOIA,
which it did not. You are of course free to argue in your opposition that summary judgment should be
denied due to mootness, but we do not concede that, since DOJ has not released any records or
parts of records, and has not in fact processed this record for release *at all*, choosing instead to
argue that it is not subject to FOIA. At the point when DOJ begins processing the request, whether
voluntarily or by court order, it will still need to process it expeditiously, which means that SJ is still
proper unless DOJ agrees to expedited processing at such future time.

---
***Please note our new contact information below.***

This electronic mail (email) transmission is meant solely for the person(s) to whom it is addressed. It
contains confidential information that may also be legally privileged. Any copying, dissemination or
distribution of the contents of this email by anyone other than the addressee or his or her agent for
such purposes is strictly prohibited. If you have received this email in error, please notify me
immediately by telephone or email and purge the original and all copies thereof. Thank you.

Kel McClanahan, Esq.
Executive Director

National Security Counselors
Kel@NationalSecurityLaw.org
501-301-4NSC (4672)
Signal: NationalSecurityCounselors.16

"As a general rule, the most successful man in life is the man who has the best information."
Benjamin Disraeli, 1880

"Quis custodiet ipsos custodes?" ("Who will watch the watchers?")
Juvenal, Satire VI

**From:** Goldmeier, Melissa (USAMD) <Melissa.Goldmeier@usdoj.gov>
**Sent:** Friday, December 26, 2025 3:12 PM
**To:** kelnationalsecurityl (Vendor) <kel@nationalsecuritylaw.org>
**Subject:** FW: FOIA-2025-06101; 25-cv-2866 (D. Md.)

Kel, now that this response has been provided, I am going to ask the Court to deny the partial MSJ as moot.  I anticipate that you will be amending your Complaint (but let me know if I'm wrong).  How do you want to advise the Court?  Happy to join in on a joint status report – I envision advising the Court of a date by which any amended complaint will be filed and a proposed response deadline, with the Court entering a scheduling order in due course.

Thanks,

Melissa
410.209.4855

**From:** OIP-NoReply <OIP-NoReply@usdoj.gov>
**Sent:** Tuesday, December 23, 2025 4:27 PM
**To:** kelnationalsecurityl (Vendor) <kel@nationalsecuritylaw.org>;
foia+resipsa@nationalsecuritylaw.org
**Cc:** Goldmeier, Melissa (USAMD) <Melissa.Goldmeier@usdoj.gov>
**Subject:** FOIA-2025-06101; 25-cv-2866 (D. Md.)

Good afternoon,

Attached please find this Office's final response to the above-referenced FOIA request.

If you have any questions about this response, please contact Melissa Goldmeier, cc'd here.

Sincerely,

Office of Information Policy