UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RES IPSA MEDIA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF JUSTICE,<br><br>　　　　Defendant. | Civil Action No. 1:25-cv-02866-ABA |

**ORDER**

Upon consideration of Plaintiff's "Motion to Compel Defendant to File Answer," Defendant's Opposition thereto, and any Reply and/or oral argument thereon, it is this _____ day of _____

**ORDERED** that the same be, and hereby is, **DENIED**.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Adam B. Abelson
　　　　　　　　　　　　　　　　　　　　United States District Judge