## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

RES IPSA MEDIA, LLC, d/b/a LAW
AND CHAOS PODCAST,

    *Plaintiff,*

    v.

DEPARTMENT OF JUSTICE,

    *Defendant.*

Case No. 25-cv-2866-ABA

## ORDER

For the reasons explained in the accompanying memorandum opinion, the Court

ORDERS as follows:

1.  Plaintiff's motion to compel an answer (ECF No. 24) is DENIED;

2.  Plaintiff shall file its opposition to Defendant's motion to dismiss or in the alternative for summary judgment (ECF No. 21) within 14 days of this Order;

3.  The stay in this case is LIFTED.

Date:  May 26, 2026

                          */s/*

                    Adam B. Abelson
                    United States District Judge