**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| RES IPSA MEDIA, LLC | * | |
| d/b/a LAW AND CHAOS PODCAST, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 1:25-cv-02866 (ABA) |
| | * | |
| DEPARTMENT OF JUSTICE, | * | |
| | * | |
| Defendant. | * | |
| | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**PLAINTIFF'S CONSENT MOTION FOR ENLARGEMENT OF**
**TIME WITHIN WHICH TO FILE THEIR OPPOSITION TO**
**DEFENDANT'S MOTION TO DISMISS OR FOR SUMMARY JUDGMENT**

NOW COMES Plaintiffs to respectfully request a five-week extension, until 14 June 2026, of the deadline for filing their Opposition to Defendant's Motion to Dismiss or for Summary Judgment (Dkt. #21), as ordered by the Court on 26 May. Defendant consents to this Motion.

Plaintiff has good cause to request this relief. In the past week alone, the undersigned has been required to spend two days in a secure facility handling four cases which involve classified information, and he will be returning for two days next week as well before submitting a complex discovery request on 12 June. He will then be filing an opposition brief the following week involving thousands of documents and will be going on prescheduled vacation between 19-28 June. He has previously scheduled court deadlines in other cases upon his return from vacation, and he therefore requests that this deadline be extended until the middle of July.

A proposed Order accompanies this Motion.

Date:   June 5, 2026

Respectfully submitted,

/s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
MD Bar #31832
National Security Counselors
1451 Rockville Pike
Suite 250
Rockville, MD  20852
501-301-4672
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiff*