## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

RES IPSA MEDIA, LLC   *
d/b/a LAW AND CHAOS PODCAST,   *

    *

   Plaintiff,   *

    *

   v.   *   Civil Action No. 1:25-cv-02866 (ABA)

    *

DEPARTMENT OF JUSTICE,   *

    *

   Defendant.   *

    *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### ORDER

UPON CONSIDERATION OF Plaintiff's Consent Motion for Enlargement of Time Within Which to File Its Opposition to Defendant's Motion to Dismiss or for Summary Judgment, and the entire record herein, it is this _____ day of _____, 2026,

**ORDERED** that Plaintiff's Motion is **GRANTED**; and

**FURTHER ORDERED** that Plaintiff shall file its Opposition no later than July 14, 2026.

_____
Adam B. Abelson
United States District Judge