**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

RES IPSA MEDIA, LLC             *
d/b/a LAW AND CHAOS PODCAST,    *
                                *
    Plaintiff,                  *
                                *
    v.                          *      Civil Action No. 1:25-cv-02866 (ABA)
                                *
DEPARTMENT OF JUSTICE,          *
                                *
    Defendant.                  *
                                *
*   *   *   *   *   *   *   *   *   *   *   *   *

## ORDER

UPON CONSIDERATION OF Plaintiff's Consent Motion for Enlargement of Time

Within Which to File Its Opposition to Defendant's Motion to Dismiss or for Summary

Judgment, and the entire record herein, it is this ___8th___ day of ____June____, 2026,

**ORDERED** that Plaintiff's Motion is **GRANTED**; and

**FURTHER ORDERED** that Plaintiff shall file its Opposition no later than July 14,

2026.

_____/s/_____
Adam B. Abelson
United States District Judge