**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

RES IPSA MEDIA, LLC, d/b/a LAW
AND CHAOS PODCAST,

    *Plaintiff*,

    v.

DEPARTMENT OF JUSTICE,

    *Defendant*.

Case No. 25-cv-2866-ABA

**ORDER**

The Court will hold a hearing on the pending motions on Tuesday, August 25 at 2:00 p.m. The hearing will take place at the Edward A. Garmatz U.S. Courthouse in Baltimore, in Courtroom 7D.

Date:  June 9, 2026

                     */s/*
                  Adam B. Abelson
                  United States District Judge