**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| RES IPSA MEDIA, LLC | * | |
| d/b/a LAW AND CHAOS PODCAST, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 1:25-cv-02866 (ABA) |
| | * | |
| DEPARTMENT OF JUSTICE, | * | |
| | * | |
| Defendant. | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**PLAINTIFF'S CONSENT MOTION FOR BRIEF ENLARGEMENT OF
TIME WITHIN WHICH TO FILE ITS OPPOSITION TO
DEFENDANT'S MOTION TO DISMISS OR FOR SUMMARY JUDGMENT**

NOW COMES Plaintiff to respectfully request a one-day extension, until 15 July 2026, of the deadline for filing its Opposition to Defendant's Motion to Dismiss or for Summary Judgment (Dkt. #21), as ordered by the Court on 8 June. Defendant consents to this Motion.

Plaintiff requests this relief due to excusable negligence. As previously stated, the undersigned was on prescheduled vacation between 19-28 June and has had previously scheduled court deadlines in other cases since his return. He intended to complete and file this brief by today (and there is a chance he still will), but today his work has been disrupted due to an unexpected complication, and he may not be able to meet the midnight deadline. He is therefore filing this Motion before close of business to give the Court an opportunity to consider it before the deadline passes, in the reasonable chance that he will not be able to complete the work on time.

This is the second extension requested for this brief. A proposed Order accompanies this Motion.

Date:   July 14, 2026

Respectfully submitted,

/s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
MD Bar #31832
National Security Counselors
1451 Rockville Pike
Suite 250
Rockville, MD  20852
501-301-4672
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiff*

2