**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| RES IPSA MEDIA, LLC | * | |
| d/b/a LAW AND CHAOS PODCAST, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 1:25-cv-02866 (ABA) |
| | * | |
| DEPARTMENT OF JUSTICE, | * | |
| | * | |
| Defendant. | * | |
| | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**<u>DECLARATION OF KELLY MCCLANAHAN, ESQ.</u>**

I, KELLY MCCLANAHAN, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.    I am a person over eighteen (18) years of age and competent to testify.  I make this Declaration on personal knowledge and in opposition to Defendant's Motion to Dismiss or for Summary Judgment.

2.    I represent Plaintiff in this action.

3.    Plaintiff is unable to completely defend against Defendant's motion without the following information, which would be clarified through discovery:

a.    Information regarding how DOJ obtained the record in question. The Brinkmann Declaration states that DOJ performed unspecified "electronic searches" of "DOJ leadership officials' Departmental email accounts using e-discovery software" (Brinkmann Decl. ¶ 21) but does not explain why that was the extent of its electronic searches or how it accounted for the possibility that these officials simply did not receive the record *in their Departmental email addresses*.

Ex. A

b.      This declaration also states that "OIP's point of contact within OAG [has not] been able to identify how 'Attachment A' was received by the Department" (*id.*) without explaining *how* this person attempted to identify that information. There is a vast gulf between a good faith effort to obtain information from agency leadership and a solitary email sent to your boss that is never read and never followed up on.

c.      DOJ's declarant relies on the statements of an unspecified attorney working for the Administrative Office of U.S. Courts, and Law and Chaos has a right to review the correspondence between DOJ and that attorney and potentially even depose that attorney about the statements attributed to them.

I do solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the foregoing paper are true to the best of my knowledge.

Date:   July 15, 2026

_____
Kelly McClanahan, Esq.

2