**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| RES IPSA MEDIA, LLC | * | |
| d/b/a LAW AND CHAOS PODCAST, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 1:25-cv-02866 (ABA) |
| | * | |
| DEPARTMENT OF JUSTICE, | * | |
| | * | |
| Defendant. | * | |
| | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## ORDER

UPON CONSIDERATION OF Defendant's Motion to Dismiss or for Summary

Judgment, any Opposition thereto, and the entire record herein, it is this _____ day of

_____, 2026,

**ORDERED** that Defendant's Motion is **DENIED**

.

_____
Adam B. Abelson
United States District Judge