**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| _____ | ) | |
| RES IPSA MEDIA, LLC, | ) | |
|  | ) | |
| *Plaintiff,* | ) | |
|  | ) | |
| v. | ) | No. 25-cv-2866 (ABA) |
|  | ) | |
| U.S. DEPARTMENT OF JUSTICE, | ) | |
|  | ) | |
| *Defendant.* | ) | |
| _____ | ) | |

**[PROPOSED] ORDER**

Upon consideration of the Motion of Ryan P. Mulvey for Leave to File *Amicus Curiae* Brief in Support of Plaintiff and in Opposition to Defendant's Motion to Dismiss, it is hereby

**ORDERED** that the Motion is **GRANTED**; and

**FURTHER ORDERED** that the proposed *amicus curiae* brief be **ACCEPTED** and **FILED**.

**SO ORDERED**.


Dated:_____          _____

                                    The Honorable Adam B. Abelson
                                    United States District Judge