**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **RES IPSA MEDIA, LLC** | * | |
| *Plaintiff,* | * | |
| v. | * | Civil No. 1:25-cv-02866-ABA |
| **DEPARTMENT OF JUSTICE,** | * | |
| *Defendant.* | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**CONSENT MOTION FOR EXTENSION OF TIME**

Defendant, by and through undersigned counsel, pursuant to Fed. R. Civ. Pro. 6, and with Plaintiff's consent, through its attorney, moves for an additional fourteen days to respond to Plaintiff's Opposition to Defendant's Motion to Dismiss; or, for Summary Judgment, and states for good cause:

1.     This matter arises out of Plaintiff's September 3, 2025 filing of a Complaint under the Freedom of Information Act and subsequent Motion for Partial Summary Judgment (ECF Nos. 1, 6).  On January 21, 2026, Defendant moved to dismiss, or for summary judgment (ECF No. 21), and Plaintiff timely filed an opposition in response on July 16, 2026 (ECF No. 34).  Pursuant to Local Rule 105.2, Defendant's deadline to file any reply is fourteen days thereafter, or July 30, 2026.

2.     Given defense counsel's competing professional and personal obligations, including planned time away from the office, Defendant seeks an additional fourteen days, or until August 13, 2026, to file any reply to Plaintiff's Opposition.

3.     Plaintiff, through counsel, graciously consents to the relief requested herein.

4.     This request is not made for purposes of delay, and no party will be prejudiced by the relief requested herein, particularly because Plaintiff consents to the same.

5.     Accordingly, this Motion should be granted.

WHEREFORE, Defendant respectfully requests that the Court GRANT the instant Consent Motion and extend Defendant's deadline to file any reply to Plaintiff's Opposition to Defendant's Motion to Dismiss, or for Summary Judgment, by fourteen days, or until August 13, 2026.

Respectfully submitted,

Kelly O. Hayes
United States Attorney


*/s/ Melissa E. Goldmeier*
Melissa E. Goldmeier (No. 18769)
Assistant United States Attorney
United States Attorney's Office
District of Maryland
36 South Charles Street, Fourth Floor
Baltimore, Maryland, 21201
(410) 209-4855
Melissa.Goldmeier@usdoj.gov