**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **RES IPSA MEDIA, LLC** | * | |
| *Plaintiff,* | * | |
| v. | * | Civil No. 1:25-cv-02866-ABA |
| **DEPARTMENT OF JUSTICE,** | * | |
| *Defendant.* | * | |

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

**ORDER**

Upon consideration of Defendant's Consent Motion for Extension of Time, it is this

_____ day of _____ 2026

**ORDERED** that the same be, and hereby is, **GRANTED**; and it is further

**ORDERED** that Defendant's deadline to file any reply to Plaintiff's Opposition to Defendant's Motion to Dismiss or for Summary Judgment shall be extended by fourteen days to **August 13, 2026**.

_____
Adam B. Abelson
United States District Judge