**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

RES IPSA MEDIA, LLC, d/b/a LAW AND CHAOS PODCAST,

*Plaintiff*,

v.

DEPARTMENT OF JUSTICE,

*Defendant*.

Case No. 25-cv-2866-ABA

# ORDER

Having considered Plaintiff's Motion for Partial Summary Judgment, ECF No. 6, Defendant's Motion to Dismiss or for Summary Judgment, ECF No 21, the corresponding opposition and reply briefs therefrom, Ryan P. Mulvey's Motion for Leave to File Amicus Curiae Brief, ECF No. 37, and for the reasons stated in the accompanying Memorandum Opinion, the Court ORDERS as follows:

1. Plaintiffs' motion for partial summary judgment (ECF No. 6) is DENIED as moot;
2. Defendant's motion to dismiss or for summary judgment (ECF No. 21) is DENIED;
3. Ryan P. Mulvey's motion for leave to file and amicus curiae brief (ECF No. 37) is GRANTED; and
4. Within 14 days of the issuance of this Order, the parties shall file a status report detailing the parties' proposals for the scope and schedule of limited discovery in this case.

Dated: September 14, 2026

*/s/*
Adam B. Abelson
United States District Judge