**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **RES IPSA MEDIA, LLC** | * | |
| *Plaintiff*, | * | |
| v. | * | Civil No. 1:25-cv-02866-ABA |
| **DEPARTMENT OF JUSTICE,** | * | |
| *Defendant*. | * | |

* * * * * * * * * * * * * *

**ORDER**

Upon consideration of Defendant's Status Report and Discovery Proposal, it is this ____________ day of ____________________ 2026

**ORDERED** that the same be, and hereby is, **ACCEPTED**; and it is further

**ORDERED** that Defendant shall provide to Plaintiff, within 60 days,

(1) a declaration from the Judiciary regarding the creation/origin of Attachment A;

(2) a declaration from the Department providing additional details about its search concerning how the Department came to possess Attachment A.

_________________________
Adam B. Abelson
United States District Judge