**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| RES IPSA MEDIA, LLC<br>d/b/a LAW AND CHAOS PODCAST,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF JUSTICE,<br><br>Defendant. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | Civil Action No. 1:25-cv-02866 (ABA) |

* * * * * * * * * * * * *

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL INFORMATION**

Today the Department of Justice filed an ethics complaint against numerous federal judges with the Eighth Circuit, a copy of which is publicly available at https://www.justice.gov/sites/default/files/2026-09/complaint_of_judicial_misconduct_file_stamped.pdf. This complaint is styled in a similar fashion to—and raises similar objections as—the complaint filed by Chad Mizelle against Chief Judge Boasberg, but is signed by Acting Deputy Attorney General Trent McCotter and Associate Attorney General Stanley Woodward, Jr.

In light of the involvement of the offices of the Deputy Attorney General and Associate Attorney General in this new complaint, Plaintiff is concerned that its fourth proposed interrogatory to the Department of Justice is too narrow and might not identify the necessary information, insofar as it focused solely on the Complaint Staff and the Office of the Attorney General. Plaintiff accordingly requests that the Court instead substitute the following interrogatory for that one: "Please identify any non-Government individuals to whom any person in the Complaint Staff or the Offices of the Attorney General, Deputy Attorney General, and

Associate Attorney General described or provided a copy of either the ethics complaint or Attachment A, and explain the nature of the communication."

Date: September 30, 2026

Respectfully submitted,

/s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
MD Bar #31832
National Security Counselors
1451 Rockville Pike
Suite 250
Rockville, MD 20852
501-301-4672
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiff*