**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

RES IPSA MEDIA, LLC,
*Plaintiff*,

v.

DEPARTMENT OF JUSTICE,
*Defendant*.

Case No. 1:25-cv-02866-ABA

**ORDER**

Having reviewed the status report filed by Defendant (ECF No. 46), and the status report and notice filed by Plaintiff (ECF Nos. 47, 48), the Court ORDERS that:

1. By **November 24, 2026**, Defendant shall:
   a. File the declarations described in ¶ 3 of its status report and any other additional evidence Defendant believes may bear on the outstanding disputes; and
   b. Provide the Court with a copy of Attachment A for *in camera* review.
2. Plaintiff's demands for other forms of discovery are denied without prejudice.
3. By **December 18, 2026**, the parties shall file supplemental briefs, limited to 10 pages each, regarding final disposition of this case, including application of the pertinent legal standards to the additional information to be filed/submitted. If Plaintiff continues to believe that additional discovery is necessary and appropriate, Plaintiff may reassert that request in the supplemental brief.

Dated: October 27, 2026

/s/
Adam B. Abelson
United States District Judge