**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **RES IPSA MEDIA, LLC** | * | |
| *Plaintiff*, | * | |
| v. | * | Civil No. 1:25-cv-02866-ABA |
| **DEPARTMENT OF JUSTICE,** | * | |
| *Defendant*. | * | |

* * * * * * * * * * * * * *

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendant, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 6(b), moves to extend its deadline by 10 days, or until December 4, 2026, to comply with this Court's October 27, 2026 Order (ECF No. 49). Plaintiff does not oppose this request. For good cause:

1. This matter arises out of Plaintiff's FOIA request for one-page of "Attachment A," which Plaintiff alleges the Department of Justice (the "Department") appended to an ethics complaint it filed against United States District Court Chief Judge James Boasberg. ECF No. 1. After dispositive motions and oral argument, this Court entered an Order permitting Plaintiff to engage in limited discovery regarding whether the Department obtained Attachment A in the course of the then-Chief of Staff's "official duties"; and, whether a member of the judiciary intended to retain control over Attachment A when it was created. ECF No. 43. In service of that decision, the Court Ordered the Department to file certain declarations and provide the Court with a copy of Attachment A for *in camera* review by November 24, 2026. ECF No. 49.

2. The Department has been diligently working to comply with the November 24, 2026 deadline, but it seeks an additional ten days (or until December 4, 2026) to accommodate

various levels of review and approvals and varying employee schedules, including time out of the office to celebrate the upcoming Thanksgiving holiday.

3. Defendant, through counsel, asked Plaintiff, through its attorney, whether it would consent to the relief requested herein. Plaintiff, through counsel, responded that it does not oppose the requested extension.

4. This request is not made for purposes of delay, and no party will be prejudiced by the relief requested herein, particularly because Plaintiff does not oppose the same.

5. Accordingly, this Motion should be GRANTED.

WHEREFORE, Defendant respectfully requests that the Court GRANT the instant Motion and extend its deadline to comply with this Court's October 27, 2026 Order by 10 days, or until December 4, 2026.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

*/s/ Melissa E. Goldmeier*
Melissa E. Goldmeier, Bar number: 18769
Assistant U.S. Attorney
U.S. Attorney's Office, District of Maryland
36 S. Charles Street, 4th Fl.
Baltimore, MD 21201
melissa.goldmeier@usdoj.gov
(410) 209-4855