**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **RES IPSA MEDIA, LLC** | * | |
| *Plaintiff*, | * | |
| v. | * | Civil No. 1:25-cv-02866-ABA |
| **DEPARTMENT OF JUSTICE,** | * | |
| *Defendant*. | * | |

* * * * * * * * * * * * * *

**ORDER**

Upon consideration of Defendant's Unopposed Motion for Extension of Time, it is this 23rd day of November, 2026

**ORDERED** that the same be, and hereby is, **GRANTED**; and it is further

**ORDERED** that Defendant's deadline to comply with this Court's October 27, 2026 Order (ECF No. 49) shall be extended by ten days to December 4, 2026.

*/s/*
Adam B. Abelson
United States District Judge